# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Pena, Jonathan Edward | Docket No. | 0980 2:18CR00138-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jonathan Edward Pena, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 15th day of August 2018, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law.  Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.  Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The following violations will be combined for brevity.

**Violation #1:** Jonathan Edward Pena  is alleged to have failed to report law enforcement contact that occurred on October 20, 2018, to the U.S. Probation Office.

On August 16, 2018, the conditions of pretrial release supervision were reviewed with Mr. Pena.  He acknowledged an understanding of his conditions, which included, standard condition number 1.

**Violation #2:** Jonathan Edward Pena is alleged to have been cited for third degree driving while license suspended on October 20, 2018.

On August 16, 2018, the conditions of pretrial release supervision were reviewed with Mr. Pena.  He acknowledged an understanding of his conditions, which included, standard condition number 1.

**Violation #3**: Jonathan Edward Pena is alleged to have been in possession of heroin on October 20, 2018.  On October 26, 2018, Mr. Pena was formally charged in Spokane County Superior Court  case number 18-1-04766-9 with possession of a controlled substance.

On August 16, 2018, the conditions of pretrial release supervision were reviewed with Mr. Pena.  He acknowledged an understanding of his conditions, which included, standard conditions numbers 1 and 9.

The following information was gathered from Spokane County Sheriff's Office incident report number 2018-10147651.

On October 20, 2018, at approximately 11:30 p.m., a Spokane County sheriff's deputy observed a white GMC Yukon driving without the vehicle's headlights on while traveling on the highway in Spokane Valley, Washington.  Subsequently, a traffic stop was initiated by the deputy.

The driver verbally identified himself as Jonathan E. Pena, in which it was determined his driving privileges were suspended.

The deputy had Mr. Pena exit the vehicle and advised that he was under arrest for third degree driving while license suspended. Mr. Pena's wife, Dorothy Pena, was also in the vehicle, at which time she was removed from the vehicle as the deputy learned she may have had an outstanding warrant.

While placing Mr. Pena into custody, the deputy observed half of a hypodermic needle and syringe sticking out from the lower portion of the center console on the driver's side of the vehicle. This syringe was within the reach of Mr. Pena and it appeared as if he attempted to conceal it, but failed. The syringe also contained a dark-colored fluid.

Based on the his training and experience, the deputy recognized the syringe to be paraphernalia used in the use of illegal narcotics. The deputy believed the dark fluid in the syringe was consistent with being heroin.

Due to the paraphernalia in plain view, the vehicle was impounded pending a search warrant.

Mr. Pena was issued a citation for third degree driving while license suspended.

On October 22, 2018, a search warrant was approved by a local judge.

On October 23, 2018, deputies served the search warrant on the vehicle. A syringe was collected and the fluid inside the syringe tested presumptively positive for heroin. The deputies also collected a paycheck stub for Mr. Pena.

Based on what was located inside the car, probable cause was established to arrest Mr. Pena for possession of a controlled substance (heroin) in violation of RCW 69.50.4013.

On October 23, 2018, defense counsel contacted the undersigned officer to advise Mr. Pena reported having law enforcement contact to his office.

Also on October 23, 2018, at 3:48 pm, Mr. Pena left the undersigned officer a telephone message stating he had just gotten off the phone with the "Spokane Sheriff's department" and was waiting for his attorney to call. Mr. Pena did not specify the nature of the telephone contact. He said he was not ready to go back to his daughter's house until he figures out what was going on. It should be noted that Mr. Pena was residing with his daughter. Mr. Pena said he would call the undersigned officer back but he failed to do so. Attempts by the undersigned officer to contact Mr. Pena by telephone, at his residence, as well as through family members and his employer, to discuss this law enforcement contact have been unsuccessful.

According to the local court database, it appears Mr. Pena has yet to be formally charged with third degree driving while license suspended.

On October 26, 2018, Mr. Pena was formally charged in Spokane County Superior Court case number 18-1-04766-9 with possession of a controlled substance.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|   |   |   |
|---|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |   |
|   | Executed on: | October 26, 2018 |
| by | s/Erik Carlson |   |
|   | Erik Carlson U.S. Pretrial Services Officer |   |

PS-8
**Re: Pena, Jonathan Edward**
**October 26, 2018**
**Page 3**

THE COURT ORDERS

[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

October 26, 2018
Date