UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2018

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Pena, Jonathan Edward | Docket No. | 2:18CR00138-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jonathan Edward Pena, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 15th day of August 2018, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #14:** Defendant shall remain in the Eastern District of Washington while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area. Upon prior notice to, and permission of Pretrial Services, Defendant may travel outside this geographical area for employment purposes without filing a motion.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The following violations will be combined for brevity.

**Violation #4:** Jonathan Edward Pena is alleged to have been arrested for possession of a controlled substance due to allegedly being in possession of methamphetamine on October 28, 2018.

On August 16, 2018, the conditions of pretrial release supervision were reviewed with Mr. Pena. He acknowledged an understanding of his conditions, which included, standard conditions numbers 1 and 9.

**Violation #5:** Jonathan Edward Pena is alleged to have traveled to Post Falls, Idaho, without obtaining prior permission on October 28, 2018.

On August 16, 2018, the conditions of pretrial release supervision were reviewed with Mr. Pena. He acknowledged an understanding of his conditions, which included, additional condition number 14.

The following information was gathered from Post Falls (Idaho) Police Department incident report number 18PF285533.

On October 28, 2018, at 12:21 a.m., an officer with the Post Falls Police Department was dispatched to River City Lanes in Post Falls, Idaho, for a report of a wanted person. The wanted person was identified by an off-duty officer as Mr. Pena.

Upon arrival, officers contacted Mr. Pena at the bar top of the above-noted establishment. He was detained and the officer confirmed that Mr. Pena had an outstanding warrant.

Re: Pena,, Jonathan Edward
October 29, 2018
Page 2

Incident to arrest, the officer conducted a search of Mr. Pena's person and located a small blue rubber object in his right front pocket. The officer opened this item, which revealed a plastic bag containing a white crystalline substance. Based on the officer's training and experience, this substance was recognized to be methamphetamine. Mr. Pena was read his Miranda Rights, in which he declined to speak with the officer. Subsequently, Mr. Pena was transported to the public safety building(PSB).

While at the PSB, the officer showed and read Mr. Pena his two outstanding warrants. Mr. Pena was booked into custody on those warrants, as well as possession of a controlled substance, in violation of I.C. 37-2732 (c) (1).

The substance found on Mr. Pena's person tested presumptively positive for the presence of methamphetamine.

Mr. Pena had not obtained prior permission to travel to the District of Idaho on October 28, 2018.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    October 29, 2018

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

October 29, 2018
Date