PROB 12C
(6/16)

Report Date: August 7, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Aug 10, 2026
SEAN F. MCAVOY, CLERK

ECF No. 320

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jonathan Edward Pena | Case Number: 0980 2:18CR00138-TOR-1

Address of Offender: [redacted], Spokane, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 10, 2019

Original Offense: Counts 1s & 3s: Felon in Possession of Firearms, 18 U.S.C. §§ 922(g)(1), 924(a)(2); Counts 2s & 4s: Possession of Stolen Firearms, 18 U.S.C. §§ 922(a)(2), 924(a)(2);

Original Sentence: Prison - 90 months, 13 days; TSR - 36 months | Type of Supervision: Supervised Release

Asst. U.S. Attorney: Earl A. Hicks | Date Supervision Commenced: June 17, 2025

Defense Attorney: Federal Public Defender | Date Supervision Expires: June 16, 2028

---

## PETITIONING THE COURT

To issue a warrant.

On June 20, 2025, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Assault Fourth Degree, in violation of R.C.W. 9A.36.041, on or about July 31, 2026.

According to a Spokane Police Department report, on July 31, 2026, law enforcement officers were dispatched to the offender's residence for a domestic violence dispute. The complainant initially reported that his daughter had been assaulted at the residence; however, it was later determined that the victim was the offender's wife.

According to a witness, Mr. Pena was observed pushing, strangling and punching the victim with closed fists over 30 times. The witness provided law enforcement with a video of the incident, which was difficult to see due to the lights being off in the room where the video was taken. Officers were able to see the offender pushing the victim into the stairs. At the

end of the video, the lights were turned on and the victim can be seen in a fetal position on the floor with blood coming from her mouth.

When questioned, the victim denied an altercation took place, and stated she had fallen down the stairs. Law enforcement observed that the victim had a shiny lump under her left eye, a bloody lip, a small abrasion on her right shin and marks around her neck. There was limited information provided by the witness as far as the assailant's identity; however, dispatch was able to identify the offender based on the witness' description. It should be noted, Mr. Pena left the scene before officers arrived.

Based on the victim's injuries, the information provided by the witness, as well as the video evidence, law enforcement determined there is probable cause to arrest Mr. Pena for assault fourth degree. As of this writing, no charges have been filed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 7, 2026

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

August 10, 2026

Date